UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

RONALD W. EDMOND, §
TDCJ No. 579280, §
   Plaintiff, §
 §
versus §   CIVIL ACTION H-07-999
 §
M. ROBERTS, et al., §
 §
   Defendant. §

# Opinion on Dismissal

  Ronald Edmond filed this civil rights complaint. He moves to proceed as a pauper. Edmond is held in the state prison. He sues prison medical personnel.

  Edmond has sued in federal district court more than 26 times. Three of his lawsuits filed in the U.S. District Court for the Northern District of Texas were dismissed as frivolous or for failure to state a claim. *See Edmond v. Dallas County Sheriff's Dep't.*, no. 3:95-CV-502-P, *Edmond v. Tarrant County, et al.*, no. 4:96-CV-267-A, and *Edmond v. Dallas County,* no. 3:95-CV-446-X. When Edmond sued in the Northern District, he was in prison or jail. These other cases were dismissed before they filed this case.

  A prisoner is not allowed to bring a civil case in federal court as a pauper if, while incarcerated, he brought three prior actions which were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Edmond's papers do not show he is in imminent danger of serious physical injury. The only relief Edmond seeks is a hearing on U.S. Judge David Hittner's dismissals. The proper remedy for Edmond's complaints about dismissals is the appellate process, not a new lawsuit. *Mason v. Judges of the United States Court of Appeals*, 952 F.2d 423, 426 (D.C. Cir. 1991).

  This case is dismissed under 28 U.S.C. § 1915(g).

  Signed on March 28, 2007, at Houston, Texas.

               Lynn N. Hughes   USDJ
              United States District Judge